# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3566
_____

Ellis Trice

*Plaintiff - Appellant*

v.

Donald Eversole, Detective, Van Buren Sheriff's Department; Patti Bonewell,
Detective Crawford County Sheriff's Office

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: March 7, 2013
Filed: March 8, 2013
[Unpublished]

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Ellis Trice appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Trice's pro se appellate filings are to be liberally construed, see Earl v. Fabian, 556 F.3d 717, 723 (8th Cir. 2009), but we deem his failure to assert in his brief any grounds for reversal of the district court's grant of summary judgment to be a waiver of any related issues on appeal, see Harris v. Folk Constr. Co., 138 F.3d 365, 366 n.1 (8th Cir. 1998). The judgment of the district court is affirmed, see 8th Cir. R. 47B, and Trice's two pending motion are denied.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.